NAT KAUFMAN v. LOUIS J. JAFFEE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOSEPH B. ENGLISH for a Mandamus Order against JOHN H. DELANEY, as Chairman, and Others, as Commissioners of the Board of Transportation of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

PROGRESSIVE DRUG CO., INC., and Another, v. SOL HIRSCH and JOSEPH REITMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

405 EAST 72ND STREET CORP. v. FRIDOLIN A. BUHOLZER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KNICKERBOCKER VILLAGE, INC., v. WILLIAM STANLEY MILLER, President, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

MARGARET E. MACNAIR v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of MERCHANTS REFRIGERATING COMPANY for a Certiorari Order against FRANK J. TAYLOR, Comptroller of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

ROSENSTOCK FUNERAL PARLOR, INC., v. JESSE L. ROSENBERG and Another, as Trustees, etc., of NATHAN COHEN, Deceased, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument, or for amendment of order of this court, denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SARAH KOSIOR and MAX KOSIOR v. REBECCA POMRINSE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

In the Matter of the Application of LOUIS NACHBAR for an Order of Certiorari against HENRY E. BRUCKMAN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.